

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2020

No. 04-19-00685-CR

Dennis **AVELAR-SOLORANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR0605
Honorable Laura Lee Parker, Judge Presiding

# O R D E R

Appellant's court-appointed counsel has filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel has informed appellant of his right to file his own brief and provided appellant with a form motion for requesting the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If appellant desires to request the appellate record, he must file the motion requesting the record within fourteen (14) days from the date of this order. If appellant desires to file a pro se brief, he must do so within forty-five (45) days from the date of this order. *See Bruns*, 924 S.W.2d at 177 n.1. If appellant files a pro se brief, the State may file a responsive brief no later than thirty (30) days after the date appellant's pro se brief is filed in this court.

It is ORDERED that counsel's motion to withdraw is CARRIED with the appeal.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of September, 2020.



MICHAEL A. CRUZ, Clerk of Court